| People v CJ | 4th Dept: 151 AD3d 1725 (Cayuga) | denied 8/16/17 (Stein, J.) |
|---|---|---|
| People v Clark | 4th Dept: 151 AD3d 1746 (Onondaga) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v Coffee | 4th Dept: 151 AD3d 1837 (Monroe) | denied 8/21/17 (Stein, J.) |
| People v Cole | 1st Dept: 151 AD3d 662 (NY) | denied 8/23/17 (Garcia, J.) |
| People v Coleman | 3d Dept: 151 AD3d 1385 (Schenectady) | denied 8/31/17 (Fahey, J.) |
| People v Collins | App Div, 4th Dept, 5/24/17 (Oneida) | dismissed 8/21/17 (Stein, J.) |
| People v Conde* | 1st Dept: 149 AD3d 673 (NY) | denied 7/6/17 (Garcia, J.) |
| People v Conley | 2d Dept: 150 AD3d 1023 (Putnam) | denied 8/16/17 (Stein, J.) |
| People v Cooper | 4th Dept: 151 AD3d 1831 (Monroe) | denied 8/28/17 (Garcia, J.) |
| People v Crandall | 4th Dept: 151 AD3d 1948 (Cayuga) | denied 8/28/17 (Stein, J.) |
| People v Crimm | 4th Dept: 151 AD3d 1724 (Monroe) | denied 8/24/17 (Stein, J.) |
| People v Cruz | 2d Dept: 149 AD3d 774 (Queens) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v D | 4th Dept: 151 AD3d 1727 (Erie) | denied 8/18/17 (DiFiore, Ch. J.) |
| People v Daggett | 4th Dept: 150 AD3d 1680 (Monroe) | denied 8/18/17 (Wilson, J.) |
| People v Darrell | 3d Dept: 145 AD3d 1316 (Clinton) | denied 8/23/17 (Fahey, J.) |
| People v Davis (Dustin) | 3d Dept: 149 AD3d 1246 (St. Lawrence) | denied 8/15/17 (Garcia, J.) |
| People v Davis (John) | 2d Dept: 151 AD3d 1075 (Kings) | denied 8/23/17 (Garcia, J.) |
| People v Dawson | 4th Dept: 149 AD3d 1569 (Erie) | denied 8/18/17 (DiFiore, Ch. J.) |
| People v Days | 4th Dept: 150 AD3d 1622 (Onondaga) | denied 8/17/17 (Stein, J.) |
| People v DeCapua | 4th Dept: 151 AD3d 1746 (Monroe) | denied 8/15/17 (Garcia, J.) |
| People v Deitz | 4th Dept: 148 AD3d 1653 (Onondaga) | denied 8/16/17 (Rivera, J.) |
| People v Dennis | App Div, 2d Dept: 2017 NY Slip Op 72344(U) (Kings) | dismissed 8/2/17 (Fahey, J.) |
| People v DeSusa | 1st Dept: 151 AD3d 537 (Bronx) | denied 8/22/17 (DiFiore, Ch. J.) |
| People v Diaz (Gregory) | 1st Dept: 150 AD3d 423 (Bronx) | denied 8/9/17 (DiFiore, Ch. J.) |

---

* Omitted from July 2017 list.